MONROE *et al.* v. BALDWIN *et al.*

HILL, J. There was no error on the part of the court in refusing to grant the injunction prayed for in this case.

*Judgment affirmed. All the Justices concur.*

JUNE 13, 1912.

Petition for injunction. Before Judge Edwards. Haralson superior court. December 28, 1911.

*Copeland, Hamilton & Hutchens,* for plaintiffs.

*Griffith & Matthews,* for defendants.